McGREGOR W. SCOTT
United States Attorney
ADA E. BOSQUE
Department of Justice
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (202) 514-0179

Attorneys for Defendants

### IN THE UNITED STATES DISTRICT COURT FOR THE
### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GULZAR SINGH DHILLON,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>Michael Chertoff, Secretary of Homeland Security, et al.<br><br>　　　Defendants. | No. 07-CV-F-1451-AWI-GSA<br><br>JOINT STIPULATION AND ORDER |

This is an immigration case in which plaintiff alleges that defendants have delayed in the adjudication of plaintiff's Application for Naturalization, and seeks a *de novo* determination of that Application pursuant to 8 U.S.C. § 1447(b). The matter is now ripe for administrative adjudication. Accordingly, the parties stipulate that the case be remanded with instructions to the United States Citizenship and Immigration Services to adjudicate the application within 60 days from the date of the order of remand.

Respectfully submitted,

Dated: December 3, 2007

/s/ Ada E. Bosque
Ada E. Bosque
Special Assistant United States Attorney


/s/ Peter Singh
Peter Singh
Counsel for Plaintiff

**ORDER**

For the reasons set forth in the Joint Stipulation, *Dhillon v. Chertoff*, 07-cv-1451-AWI-GSA, is remanded to United States Citizenship and Immigration Services pursuant to 8 U.S.C. § 1447(b) with instructions to adjudicate the Application for Naturalization within 60 days from the date of the order of remand.

The Clerk of the Court is DIRECTED to close the case.

IT IS SO ORDERED.

**Dated:   December 6, 2007**                    **/s/ Anthony W. Ishii**
                                                   UNITED STATES DISTRICT JUDGE